## IN THE U.S. DISTRICT COURT FOR DISTRICT OF MARYLAND
## GREENBELT DIVISION

VICTORIA O. OSHODI

      Plaintiff,

v.

EDWARD S. COHN, et al.

      Defendants.

Case No. 8:15-cv-03241

### U.S. BANK-TRUSTEE'S CORPORATE DISCLOSURE STATEMENT

Defendant GMAT Legal Title Trust 2014-1, U.S. Bank, National Association, as Legal Title Trustee ("U.S. Bank-Trustee"), by counsel, pursuant to Fed. R. Civ. P. 7.1 and Local Rule 103.3, hereby files this Corporate Disclosure Statement, and states:

(a) Corporate Affiliation: GMAT Legal Title Trust 2014-1, U.S. Bank, National Association, as Legal Title Trustee is not a corporation but rather a Trust whose purpose is holding legal title for the investor to wit: GMAT Legal Title Trust 2014-1 and which is not a publicly held entity. No publically held corporation owns more than 10% of GMAT Legal Title Trust 2014-1, U.S. Bank, National Association, as Legal Title Trustee.

(b) Financial Interest in the Outcome of the Litigation: U.S. Bank-Trustee knows of no other corporation, unincorporated corporation, partnership, or other business entity, not a party to this case, that may have a "financial interest whatsoever in the outcome of the litigation" as described in Local Rule 103.3(b).

Respectfully submitted,

**GMAT LEGAL TITLE TRUST 2014-1, U.S. BANK, NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE**

1

*By Counsel*

/s/ David Solan, Esq.
David Solan, Esq. (Bar #: 29820)
BWW Law Group, LLC
6003 Executive Blvd., Ste. 101
Rockville, MD 20852
301-961-6555, ext. 3739
301-961-6545 FAX
david.solan@bww-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2015, a copy of the foregoing U.S. Bank-Trustee's Corporate Disclosure Statement and any attachments thereto was filed electronically with the U.S. District Court and, pursuant to L.R. 102.1.c., the Court's notice of electronic filing constitutes a certificate of service on all other counsel in the action. In addition, service was made on the following via U.S. mail, postage prepaid: Victoria O. Oshodi, 3265 Gossett Court, Waldorf, MD 20603; Edward S. Cohn, 600 Baltimore Ave., Ste. 208, Towson, MD 21204; Stephen N. Goldberg, 600 Baltimore Ave., Ste. 208, Towson, MD 21204; Richard E. Solomon, 600 Baltimore Ave., Ste. 208, Towson, MD 21204; Richard J. Rogers, 600 Baltimore Ave., Ste. 208, Towson, MD 21204, Randall J. Rolls, 600 Baltimore Ave., Ste. 208, Towson, MD 21204.

/s/ David Solan, Esq.
Federal Bar ID: 29820

2