IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| VICTORIA O. OSHODI | * | |
| | * | |
| v. | * | Civil No. – JFM-15-3241 |
| | * | |
| EDWARD S. COHN, ET AL. | * | |

******

# MEMORANDUM

Plaintiff has filed this *pro se* action to challenge disclosure of her property located in Charles County, Maryland. Defendants have filed motions to dismiss. Plaintiff has not responded to the motions. The motions will be granted.

The property in question was sold at a foreclosure sale pursuant to the procedures of Maryland law. The Circuit Court for Charles County, Maryland, entered an order ratifying the foreclosure sale on October 28, 2015. On November 9, 2015, the Circuit Court granted the purchaser's motion for judgment of possession of the property.

Plaintiff's claims are barred by *res judicata* and the *Rooker-Feldman* doctrine. Accordingly, plaintiff's action will be dismissed.

Date:

_____
J. Frederick Motz
United States District Judge

