## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

VICTORIA O. OSHODI       *

                              *

                              *

      v.                      *       Civil No. – JFM-15-3241

                              *

EDWARD S. COHN, ET AL.       *

                              ******

## ORDER

For the reasons stated in the accompanying memorandum, it is, this _1st_ day of July

2016

ORDERED

1. The motion to dismiss plaintiff's complaint filed by defendants Rushmore Loan

Management Services LLC and GMAT Legal Title Trust 2014-1, U.S. Bank, National

Association, (document 5) is granted;

2. The motion to dismiss filed by Edward S. Cohn (document 10) is granted; and

3. This action is dismissed.



_____
J. Frederick Motz
United States District Judge